No. 498

DITTRICK v. BAER

Ohio Appeals, 8th Dist., Cuyahoga County
No. 5384. Decided March 17, 1924

327. COURTS—As between the County Commissioners and the Common Pleas judges, the latter have the exclusive dominion, for their own purposes, over the rooms of the Court House which in no manner interfere with the power and authority of the County Commissioners over the Court House where said power and authority does not extend to a prohibition against the court for the use of the necessary rooms in order to perform its functions.

SULLIVAN, J.

Epitomized Opinion
Published Only in Ohio Law Abstract

Injunctive relief is sought by the County Commissioners against the Cuyahoga Common Pleas Judges restraining the defendants from the threatened possession and occupancy of two rooms on the second floor of the County Court House, for purposes directly relating to the administration of justice by the Common Pleas Court. On appeal the Court of Appeals held:

1. That under the authority of the Supreme Court in State ex vs. Babst, 97 OS. 64, the power of the County Commissioners is paramount excepting only where the courts, for the purpose of administering justice, assert the claim and necessity for the use and occupancy of rooms, and this right of the courts is supreme and must prevail.

Attorneys—E. C. Stanton and Geo. C. Hansen, for Commissioners; Dustin, McKeehan, Merrick, Arter & Stewart and Wilkin, Cross & Daust, for Judges; all of Cleveland.